UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW DUBOIS, | ) | 3:12-CV-0415-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 4, 2012 |
| | ) | |
| WASHOE COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants Gail Singletary and Mark Hahn, M.D.'s motion to stay discovery in light of pending motion to dismiss (#17). Defendant Washoe County Jail filed a joinder to the motion to stay (#19). Plaintiff opposed the motion (#21), and defendants' replied (#25).

Defendants' motion to stay discovery pending motion to dismiss (#17) is **GRANTED**. Discovery is **STAYED** until after the court issues a ruling on the pending motion to dismiss.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
                  Deputy Clerk